United States Bankruptcy Court
District of Puerto Rico

In re:
NORMA RIVERA RAMOS
    Debtor

Case No. 08-05460-EAG
Chapter 13

## CERTIFICATE OF NOTICE

District/off: 0104-3     User: canalesi     Page 1 of 2     Date Rcvd: Oct 23, 2013
                     Form ID: pdf001     Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Oct 25, 2013.
```
db           +NORMA RIVERA RAMOS,    CALLE LUIS MUNOZ RIVERA NUM 26,    BO COCO VIEJO,    SALINAS, PR 00751-2614
smg           DEPARTAMENTO DE HACIENDA,    PO BOX 9024140,    OFICINA 424-B,    SAN JUAN, PR  00902-4140
smg           FEDERAL LITIGATION DEPT. OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
smg           PR DEPARTMENT OF LABOR,    PRUDENCIO RIVERA MARTINEZ BLDG,    505 MUNOZ RIVERA AVENUE,    12 FLOOR,
               SAN JUAN, PR  00918
2613937       A.E.E.L.A.,    PO BOX 364508,    SAN JUAN, PR  00936-4508
2613938       ASSOCIATES FINANCE,    DEPT. QUIEBRAS 111 CARR. 174,    SUITE 2 MINILLAS INDUSTRIAL PARK,
               BAYAMON, PR  00959-1910
2613939       AT&T,    PO BOX 9999,    COLUMBUS, GA  31997-0001
2613940       BUFETE LEON & ALVARADO BAUZA,    LCDO. LUIS G. LEON RODRIGUEZ,    URB. MORELL CAMPOS NUM. 2,
               PONCE, PR  00730-2764
2613944      +COOP DE AC DE STA ISABEL,    CACSI,    PO BOX 812,    SANTA ISABEL, PR 00757-0812
2665059       Citifinancial Inc.,    P.O. Box 70919,    Charlotte, NC 28272-0919
2613945       DEPARTMENT OF THE TREASURY,    BANKRUPTCY SECTION (424-B),    PO BOX 9024140,
               SAN JUAN, PR  00902-4140
2691331       Department of Treasury,    Bankruptcy Section (424-B),    PO Box 9024140,    San Juan, PR 00902-4140
2613946      +ISLAND FINANCE,    PO BOX 71504,    SAN JUAN, PR 00936-8604
2613947       MUEBLERIA MARTINEZ,    LUIS MUNOZ RIVERA #50,    SALINAS, PR  00751
2613948      +NCO FINANCIAL SERVICES OF PR, INC.,    PO BOX 192478,    SAN JUAN, PR 00919-2478
2613949       P.R. DEPARTMENT OF JUSTICE,    PO BOX 9020192,    SAN JUAN, PR  00902-0192
2613950       PALISADES COLLECTION LLC,    ISLAND FINANCE,    PO BOX 1244,    ENGLEWOOD CLIFFS, NJ  07632-0244
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: ustpregion21.hr.ecf@usdoj.gov Oct 23 2013 19:15:37     US TRUSTEE,    EDIFICIO OCHOA,
               500 TANCA STREET SUITE 301,    SAN JUAN, PR  00901-1922
cr           +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2013 19:19:32
               EAST BAY FUNDING LLC/RESURGENT CAPITAL SERVICES,    PO BOX 288,    GREENVILLE, SC 29602-0288
2613941      +E-mail/Text: g20956@att.com Oct 23 2013 19:17:32     CINGULAR,    PO BOX 192830,
               SAN JUAN, PR 00919-2830
3394835      +E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2013 19:18:01     East Bay Funding, LLC,
               c/o Resurgent Capital Services,    PO Box 288,    Greenville, SC 29602-0288
2659242       E-mail/PDF: resurgentbknotifications@resurgent.com Oct 23 2013 19:18:01     Roundup Funding, LLC,
               MS 550,    PO Box 91121,    Seattle, WA 98111-9221
2645040       E-mail/PDF: cbp@slfs.com Oct 23 2013 19:19:27     American General Finance,    P.O. Box 3251,
               Evansville, IN 47731
2613943       E-mail/PDF: cbp@slfs.com Oct 23 2013 19:20:53     COMMOLOCO,    PO BOX 363769,
               SAN JUAN, PR  00936-3769
                                                                                              TOTAL: 7

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
2613942      ##+CITIFINANCIAL,    PO BOX 499,    HANOVER, MD 21076-0499
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 25, 2013                                                Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 23, 2013 at the address(es) listed below:
```
              JOSE RAMON CARRION MORALES    newecfmail@ch13-pr.com
              MADELINE  SOTO PACHECO    on behalf of Debtor NORMA  RIVERA RAMOS lubeysoto@gmail.com,
               terelube@gmail.com;nilda.buffill@gmail.com;madelinesotopacheco@gmail.com;lys.cmecf@gmail.com;lube
               ysotoii@gmail.com
              MONSITA  LECAROZ ARRIBAS    ustpregion21.hr.ecf@usdoj.gov
```

```
District/off: 0104-3          User: canalesi              Page 2 of 2                   Date Rcvd: Oct 23, 2013
                              Form ID: pdf001             Total Noticed: 24


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
              SANDY   HERMAN (ZF)    on behalf of Trustee JOSE RAMON CARRION MORALES newecfmail@ch13-pr.com
                                                                                              TOTAL: 4
```

IN THE UNITED STATES BANKRUPTCY COURT FOR
THE DISTRICT OF PUERTO RICO

IN RE:

CASE NO. 08-05460 EAG

NORMA RIVERA RAMOS

Chapter 13

XXX-XX-0956

FILED & ENTERED ON 10/23/2013

Debtor(s)

### ORDER CONFIRMING AMENDED PLAN

This case is before the Court on Debtor(s)' Motion under 11 U.S.C. § 1329 to confirm the amended plan dated 07/15/2013 (docket entry # 15). It appearing that due notice was given and that there are no objections, the Court hereby grants debtor(s)' motion.

It further appearing that the amended plan addresses the grounds for dismissal on Debtor's motion to dismiss, (docket entry #14) the same is hereby denied.

SO ORDERED.

Ponce, Puerto Rico, this 23 day of October, 2013.

Edward A Godoy
U.S. Bankruptcy Judge

C: DEBTOR(S)
MADELINE SOTO PACHECO
JOSE RAMON CARRION MORALES